Writ of Mandamus Dismissed, Opinion issued February 7 , 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00883-CV
No. 05-11-00884-CV
No. 05-11-00885-CV
No. 05-11-00886-CV
No. 05-11-00887-CV
No. 05-11-00888-CV

## IN RE PHILLIPPE PADIEU, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82276-07, 219-82277-07, 219-82278-07,**
**219-82279-07, 219-82280-07, and 219-82705-07**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Evans
Opinion by Justice Evans

The Court has before it relator's petition for writ of mandamus. Relator complains that the trial court failed to rule on his motion for a free copy of the record in his criminal case. The relief requested by relator now has been granted by the trial court. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.–Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.

DAVID EVANS
JUSTICE